UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-04857-RSWL-PLAx | Date | November 2, 2018 |
|---|---|---|---|
| Title | Henrik Zargarian v. BMW of North America, LLC et al | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Judge | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

The Scheduling Conference, set for November 6, 2018, at 10:00 a.m., is hereby ADVANCED to this date and taken OFF-CALENDAR. No appearance necessary on November 6, 2018. The Court finds the matter suitable for decision without oral argument and sets the following dates:

| | |
|---|---|
| Deadline to Amend Pleadings: | 01-29-19 |
| Discovery Cut-Off: | 09-24-19 |
| Motion Filing Cut-Off: | 10-22-19 |
| Expert Cut-Off: | 11-19-19 |
| Final Pretrial Conference: | 01-07-20 , 10:00 am |
| Jury Trial (5-7 day est) : | 01-28-20 , 09:00 am |

All other dates applicable to this action which are not specifically set herein or otherwise ordered by this Court shall be governed by applicable Local Rules of Court for the Central District of California and Federal Rules of Civil Procedure.

Any request presented to the Court for ruling should not be embodied in a report or notice and should be separately made and formally filed onto the docket of this action.

All hearings before Judge Ronald S.W. Lew shall take place at the U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012. Courtroom location to be determined and will be noticed to the parties/counsel prior to the hearing date.

Initials of Deputy Clerk    JRE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-04857-RSWL-PLAx | Date | November 2, 2018 |
|---|---|---|---|
| Title | Henrik Zargarian v. BMW of North America , LLC et al | | |

**(CONTINUED FROM PAGE ONE)**

**NOTICE TO COUNSEL RE PREPARATION FOR TRIAL** (IF APPLICABLE TO THIS ACTION)

**MOTIONS IN LIMINE**: All motions in limine shall be filed no later than the date of the Final Pretrial Conference. Oppositions shall be filed no later than 7 days after the Final Pretrial Conference; and a reply, if any, shall be filed no later than 14 days after the Final Pretrial Conference.  **If the dates set forth herein do not allow for timely briefing of Motions in Limine, the parties shall meet, confer, and make an appropriate filing regarding  an alternate schedule for the Court's consideration.**

**EXHIBITS**: Counsel are to prepare their exhibits for presentation at trial by placing them in volumes which are tabbed down the front, right side with the exhibit numbers. These volumes are to be prepared in an original and one (1) copy for the Court. Each volume of exhibits shall be contained in a three-ring notebook. Exhibits must be numbered in accordance with Local Rules 11-5.2 and 11.5.3.

**THE COURT REQUIRES THAT THE FOLLOWING BE SUBMITTED TO THE COURT CLERK ON THE FIRST DAY OF TRIAL:**

The original exhibits with the Court's exhibit tags attached and filled out showing the case number, case name and exhibit number. (EXHIBIT TAGS MUST BE ON THE FRONT OF THE EXHIBIT AND MAY BE STAPLED TO AN EXHIBIT IF IT CANNOT BE GLUED ON).

1. Two bench books of the exhibits . The original bench book shall contain the original exhibits for use by the witness. The second bench book shall be for the Judge.

2. THREE COPIES OF THE JOINT EXHIBIT LIST (bearing no CM/ECF headers)

3. THREE COPIES OF THE WITNESS LIST (bearing no CM/ECF headers).

In addition to hard copy submissions, parties must submit a copy of the proposed jury instructions, if applicable,  in conformance with Local Rules 11-5.2 and 11.5.3 in WordPerfect (.wpd) or MS Word (.doc/x)  format, either via email to the courtroom deputy clerk by noon on the following business day of filing or hand delivered by counsel to the courtroom deputy clerk during trial on a USB thumb/flash drive.

Initials of Deputy Clerk     JRE