UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIK ZARGARIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 2:18-cv-04857-RSWL-PLA<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

DATED: __November 14__, 2019    _____
                                PAUL L. ABRAMS
                                UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES