**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRIK ZARGARIAN,<br><br>                  Plaintiff,<br><br>     v.<br><br>BMW OF NORTH AMERICA, LLC et al.,<br><br>                Defendants. | CV No. 18-4857-RSWL-PLA<br><br>**JUDGMENT** |

.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court has received Notice of Defendant BMW OF NORTH AMERICA, LLC's acceptance of Plaintiff HENRIK ZARGARIAN's offer to compromise pursuant to California Code of Civil Procedure Section 998 ("Offer").

Accordingly, the Court enters JUDGMENT in the amount of $190,554.48 for return of the subject vehicle as further laid out in the Offer in favor of Plaintiff HENRIK ZARGARIAN and against Defendant BMW OF NORTH AMERICA, LLC in accordance with the terms and conditions stated in the Offer, which is attached to the notice of acceptance filed with the Court.

As no defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

December 5, 2019

/s/ Ronald S.W. Lew
_____

**Honorable Ronald S.W. Lew**
Senior U.S. District Judge